O/JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 07-1395 DOC (MLGx)                                    Date: August 22, 2008

Title: ANTHONY MARTINI & ANNETTE MARTINI v. DEPARTMENT OF JUSTICE, et al.

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                              Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

   Kristee Hopkins                                              Not Present
   Courtroom Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                    NONE PRESENT

PROCEEDING (IN CHAMBERS): DISMISSING CASE WITHOUT PREJUDICE

   On May 27, 2008, Defendants in this matter filed a Motion to Dismiss. Plaintiffs did not respond. On June 27, 2008, Defendants filed a Notice of Non-Receipt of Opposition. Plaintiffs did not respond. On June 30, 2008, this Court took the matter under submission.

   On July 1, 2008, the Plaintiffs filed a Motion to Disqualify. On July 3, 2008, Judge Selna entered an order denying said Motion. The Plaintiffs also filed a Motion to Dismiss Indira Joy Cameron Banks, attorney for Defendants.

   On July 7, 2008, Plaintiffs appeared for a hearing that had been rescheduled. Court staff advised them that they were required to oppose the still pending Motion to Dismiss. Plaintiffs did not respond. On July 28, 2008, this Court issued an Order to Show Cause re: Dismissal for Failure to Oppose the Defendants' Motion to Dismiss. In that Order, the Court gave Plaintiffs 14 days to show cause why their case should not be dismissed. Plaintiffs did not respond.

       Instead, Plaintiffs filed a "Motion to Declare a Mis-Trial" and sought a Default Judgment from the Clerk of Court.

       It has now been 26 days since the Order to Show Cause and Plaintiffs have neither opposed the Motion to Dismiss or responded to the Order.  Accordingly, the Court hereby DISMISSES this action without prejudice for failure to oppose the Defendants' Motion to Dismiss.  *See* Local Rule 7-12.

       The Clerk shall serve this minute order on all parties to the action.